**LAW OFFICES OF**
**HOWARD STERN**
2 WILLIAM STREET, SUITE 304
WHITE PLAINS, NEW YORK 10601

TELEPHONE (914)683.0505
*FACSIMILE (914) 683-0508*
*NOT FOR SERVICE OF PAPERS*

HOWARD STERN, ESQ.
RAYMOND D'ONOFRIO, ESQ

July 1, 2024

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York   10017-1312

RE:   SAMUEL LOPEZ v 761 NINTH AVENUE REALTY LLC and ZEREN LLC
         Docket No 24-cv-01016 (LJL)

> The request to adjourn the Initial Conference is GRANTED.  The Initial Conference is adjourned to July 30, 2024 at 3:00 PM.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> July 3, 2024

Dear Judge Liman:

Please be advised that this firm has just been retained to represent the Defendant 761 Ninth Avenue Realty LLC. My client was served through the New York State Secretary of State by certified letter dated **June 11, 2024,** and received about a week later by my client. 761 is the Owner of the building that the Plaintiff alleges that the street level store did not have proper access for him.

Upon receipt of the letter this firm was contacted, and this firm was quickly retained.

There is a note on PACER Service Center that there is an adjourned Initial Conference set for July 11, 2024.

For various reasons I will be unable to attend a hearing on that date. My client is putting together the leases relating to the store referred to in the Complaint and we need to review timetables as alleged in the Complaint. Also, we have to contact the current sublessee of the store mentioned in the Complaint. I will need time to review documentation and speak to the current lessee of the store, who is not the named co-Defendant. That sublessee is a major corporation, and I will have to deal probably with their corporate counsel.

Additionally, I am away in Maine on the occasion of my annual observation of my anniversary and wife's birthday. Plus, this week is July 4th and my office is also closed on July 5th to allow my staff a four day weekend, so it is very difficult to come up to speed in time.

It is respectfully requested that the conference be adjourned to August. Any date from August 8th thru Aug 20th would be good for me. On the 21st of August thru the end of the first week in September I am unavailable, as I will be on my annual vacation to Wyoming planned when I leave Wyoming the year before.

Thank you for your consideration.

Respectfully submitted,

Howard Stern

HS:mys

CC: Maria Constanza Barducci, Esq.
Barducci law Firm
5 West 19th Street, 10th floor
New York, New York 10011

Hs\761\ltr to Judge Limon 7-1-24